# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

**DEBORAH R. STUMP,**

    Plaintiff,

**-vs-**

       **CASE NO.    3:11-CV-345**

       **Judge Timothy S. Black**
       **Magistrate Judge Sharon L. Ovington**

**COMMISSIONER OF SOCIAL SECURITY,**

    Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

    **[ ]  Jury Verdict:** This action came before the Court for a trial by jury.  The issues have been tried and the Jury has rendered its verdict.

    **[X]  Decision by Court:** This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered,

    **IT IS ORDERED AND ADJUDGED** that the Report and Recommendations of the United States Magistrate Judge (Doc. 12) is **ADOPTED**; and that the case is **TERMINATED** from the docket of the Court.

Date:  June 28, 2012                    **JAMES BONINI, CLERK**

                                     By: *s/ M. Rogers*
                                         Deputy Clerk